UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC BIEBER,<br><br>       Plaintiff,<br><br>       - against –<br><br>CAYUGA CAPITAL MANAGEMENT, LLC, SEA WOLF SERVICES, LLC, JACOB SACKS, JAMES WISEMAN,<br><br>       Defendants. | Civil Action No. 21-cv-05268 (MKB) (RML) |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice and without costs to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
          March 8, 2023

| **OUTTEN & GOLDEN LLP** | **KISHNER MILLER HIMES P.C.** |
|---|---|
| By:  /s/ Aliaksandra Ramanenka<br>       Aliaksandra Ramanenka, Esq.<br>       685 Third Avenue, 25th Floor<br>       New York, New York 10017<br><br>       *Attorneys for Plaintiff* | By:  /s/ Ryan O. Miller<br>       Ryan O. Miller, Esq.<br>       40 Fulton Street, 12th Floor<br>       New York, New York 10038<br><br>       *Attorneys for Defendants* |